IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TROY L. BRUMBLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:09-CV-160 (WLS) |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 22, 2010. (Doc. 5). It is recommended that the above-captioned matter be dismissed for want of prosecution, pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 5 at 1-2). The Report and Recommendation provided Plaintiff with fourteen (14) days to serve and file written objections to the recommendations therein with this Court. (*Id.* at 2). The period for objections has expired, and no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 5) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

**SO ORDERED**, this  26th  day of July, 2010.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1